

ORIGINAL

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0282

FILED

06/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0282

IN RE THE PARENTING OF D.I.B., a Minor Child,

NICHOLAS R. BRACCIALE,

      Petitioner and Appellant,

v.

GAIL A. SULLIVAN, f/k/a GAIL ANN INGELS,

      Respondent and Appellee.

**FILED**

JUN 1 6 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

This matter is an appeal from the Thirteenth Judicial District Court's March 23, 2018 Findings of Fact, Conclusions of Law, and Order amending the parenting plan for the parties' now fifteen-year-old daughter, D.I.B. By order dated July 3, 2018, this Court stayed the District Court's order through the pendency of the appeal. Since that time, we have entered two orders holding the appeal in abeyance while the parties attempted to work with D.I.B.'s therapist in a reintegration process. Our last order for abeyance directed the filing of status reports by September 18, 2020.

Appellee Gail Sullivan now seeks to modify the stay to permit her to "seek enforcement in District Court of the parties' mediated agreement that was to serve as the parties' parenting plan pending appeal." Appellant Nicholas Bracciale responds that D.I.B.'s condition has not improved and that her treating psychiatrist has recommended that D.I.B. be placed in a residential treatment facility, which may occur by July. Nicholas represents that "[t]he argument here, from Nick's point of view, is entirely factual. As such, maybe it would be more appropriate for the District Court to deal with it." The Court agrees.

This matter has been pending for more than two years, and it now appears that the parties are at an impasse regarding the next step forward. As such, it is appropriate that the District Court consider any factual disputes about D.I.B.'s arrangements with her parents.

IT IS THEREFORE ORDERED that the stay previously entered by this Court is MODIFIED to allow the District Court to consider D.I.B.'s current condition and the parties' circumstances to determine whether enforcement or further amendments to the amended parenting plan are appropriate. This Court's order requiring status reports by September 18, 2020, remains in effect. The parties are directed to address in that report whether this appeal should be dismissed without prejudice to their right to appeal further parenting orders entered in this matter.

The Clerk is directed to provide immediate notice of this Order to all counsel of record in Yellowstone County Cause No. DR 06-60 and to the Thirteenth Judicial District Court, the Hon. Donald L. Harris, presiding.

Dated this 11th day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices